STATE OF NEW JERSEY v. JAMES CAESAR.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY HAYNES.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD DESANTIS.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM WHITEHEAD.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS B. CAPPIE.

February 13, 1986.

Petition for certification denied.